UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BURTON HIRSCHMAN, as Executor of the Estate of Steven Hirschman, | Civil Case No.: 2:21-cv-14122 BRM-CLW |
| Plaintiff(s), | NOTICE OF SETTLEMENT |
| -against- | |
| SHARKEY & CAMPISI; and JOHN DOES 1-25, | |
| Defendants. | |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: August 24, 2021

/s/ Joseph K. Jones
Joseph K. Jones, Esq.
JONES, CHULSKY & KESSLER, LLC
330 Mounts Corner Drive, Suite 417
Freehold, NJ 07728
Phone: (877) 827-3395
Fax: (877) 827-3394

*Attorney for Plaintiff*