UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BURTON HIRSCHMAN, as Executor of the Estate of Steven Hirschman,<br><br>Plaintiff,<br><br>-against-<br><br>SHARKEY & CAMPISI;  and JOHN DOES 1-25.<br>Defendant. | Civil Case No.: 2:21-cv-14122 BRM-CLW<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against SHARKEY & CAMPISI. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: August 27, 2021

*/s/ Joseph K. Jones*

Joseph K. Jones, Esq.
JONES, CHULSKY & KESSLER, LLC
330 Mounts Corner Drive, Suite 417
Freehold, NJ 07728
Phone: (877) 827-3395
Fax: (877) 827-3394

*Attorneys for Plaintiff*

SO ORDERED: _____

BRIAN R. MARTINOTTI,
UNITED STATES DISTRICT JUDGE
DATED: 09/07/2021